02-11-236-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00236-CV

 

 


 
 
 Phyllis Nicholas
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Fannie Mae a/k/a Federal National Mortgage
 Association
 
 
  
 
 
 APPELLEE
 
 


 

 

----------

FROM County
Court at Law No. 1 OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

On March
27, 2012, we notified Appellant Phyllis Nicholas that her brief did not comply
with appellate rule of procedure 38.1(d), (g), and (i).[2]  We allowed Appellant until April
9, 2012 to file an amended brief that complied with the above rule.  We stated
in our letter to Appellant that her failure to timely file an amended brief in
compliance with the above rule could result in the waiver of noncompliant
points, our striking her brief, or the dismissal of her appeal.[3]  We granted Appellant an
extension of more than six weeks to file her compliant amended brief, ordering
the amended brief to be filed by May 22, 2012 and stating that no further
extensions would be granted.  We received Appellant’s amended brief on May 22,
2012, but it too was noncompliant[4] and therefore not filed
by this court.

Accordingly,
we strike Appellant’s brief and dismiss this appeal for want of prosecution.[5]

 

 

PER CURIAM

 

PANEL: 
DAUPHINOT,
GARDNER, and WALKER, JJ.

 

DELIVERED: 
June 14, 2012









[1]See Tex. R. App. P. 47.4.





[2]See Tex. R. App. P.
38.1(d), (g), (i).





[3]See Tex. R. App. P.
38.8(a), 38.9(a), 42.3(b), (c).





[4]See Tex. R. App. P.
38.1(d), (g), (i).





[5]See Tex. R. App. P.
38.8(a), 38.9(a), 42.3(b), (c).